**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

In re:     Alta Home Care, Inc.     §    Case No. 6:18-bk-16326-WJ
                                    §
                                    §
Debtor(s)                           §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Arturo M. Cisneros, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                         Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:  $149,141.66     Claims Discharged
                                                  Without Payment:  $6,626,227.76

Total Expenses of Administration:  $152,988.34

---

    3) Total gross receipts of $302,130.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $302,130.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 152,988.34 | 152,988.34 | 152,988.34 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,534.90 | 2,534.90 | 2,534.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,268,821.00 | 6,405,013.52 | 6,405,013.52 | 146,606.76 |
| **TOTAL DISBURSEMENTS** | **$61,268,821.00** | **$6,560,536.76** | **$6,560,536.76** | **$302,130.00** |

      4)  This case was originally filed under Chapter 7 on 07/27/2018. The case was pending for 40 months.

      5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2021     By: /s/ Arturo M. Cisneros
                                                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential Fraudulent Transfers | 1241-000 | 302,130.00 |
| **TOTAL GROSS RECEIPTS** | | **$302,130.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | N/A | | | |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| A. CISNEROS, TRUSTEE | 2100-000 | N/A | 18,356.50 | 18,356.50 | 18,356.50 |
| A. CISNEROS, TRUSTEE | 2200-000 | N/A | 30.00 | 30.00 | 30.00 |
| Shulman Bastian Friedman & Bui LLP | 3210-000 | N/A | 120,000.00 | 120,000.00 | 120,000.00 |
| Shulman Bastian Friedman & Bui LLP | 3220-000 | N/A | 5,206.75 | 5,206.75 | 5,206.75 |
| Hahn Fife & Company, LLP | 3410-000 | N/A | 4,727.00 | 4,727.00 | 4,727.00 |
| Hahn Fife & Company, LLP | 3420-000 | N/A | 612.10 | 612.10 | 612.10 |
| United States Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Signature Bank | 2600-000 | N/A | 997.20 | 997.20 | 997.20 |
| Franchise Tax Board | 2820-000 | N/A | 2,708.79 | 2,708.79 | 2,708.79 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | N/A | **$152,988.34** | **$152,988.34** | **$152,988.34** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AMD00003 | Franchise Tax Board | 5800-000 | 0.00 | 2,534.90 | 2,534.90 | 2,534.90 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$2,534.90** | **$2,534.90** | **$2,534.90** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Liberty Mutual Insurance Company California SelfIn, c/o Aman | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00022 | California Self-Insurers' Security Fund, c/o Nixon Peabody L | 7100-000 | 0.00 | 1,436,582.00 | 1,436,582.00 | 32,882.46 |
| AMD00002 | Liberty Mutual Insurance Company California SelfIn, c/o Aman | 7100-000 | 60,901,000.00 | 4,968,165.00 | 4,968,165.00 | 113,718.20 |
| AMD00003A | Franchise Tax Board | 7100-000 | 0.00 | 266.52 | 266.52 | 6.10 |
| AMD00004 | Acacia Villas Assisted Living, LLC, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00005 | Alpine Homes, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00006 | Acacia Villas Assisted Living, LLC, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00007 | Beyer Park Villas, LLC, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00008 | Bridges to Recovery, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00009 | Cambridge Court Assisted Living LLC, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00010 | Canyon House Rest Homes, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00011 | Care for the Elderly, Inc., c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00012 | College Hospital, Inc., c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00013 | Matched Caregivers, Inc., c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Claim No. | Claimant | Code | Amount Filed | Amount Allowed | | |
|---|---|---|---|---|---|---|
| AMD00014 | Mental Health Convalescent Services, Inc. dba Lake, c/o Epps | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00015 | Sun & Sea Assisted Living, LLC, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00016 | Temple Hospital Corporation, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00017 | Tender Touch Home Care, c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00018 | Care for the Elderly, Inc., c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00019 | Care for the Elderly, Inc., c/o Epps & Coulson, LLP | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00020 | Zilaco, Inc. dba Cherry Lee Lodge dba El Monte Car, c/o Epps | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMD00021 | RN, C., MBA, Inc. dba Interim Healthcare Inc., c/o Epps & Co | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | TCP Group, LLC | 7100-000 | 367,821.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$61,268,821.00** | **$6,405,013.52** | **$6,405,013.52** | **$146,606.76** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 18-16326 WJ | Trustee: | Arturo M. Cisneros |
|---|---|---|---|
| Case Name: | Alta Home Care, Inc. | Filed (f) or Converted (c): | 07/27/18 (f) |
| | | §341(a) Meeting Date: | 08/27/18 |
| Period Ending: | 11/10/21 | Claims Bar Date: | 12/03/18 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Potential Fraudulent Transfers (u)<br>Trustee's counsel is investigating potential fraudulent transfers against TCP Group.<br>Trustee's counsel investigation revealed that on December 31, 2016, the Debtor transferred $2,243,334.73 ("First Transfer") to The TCP Group, LLC ("TCP Group"), from the net proceeds the Debtor received from the sale of substantially all of its assets to St. Joseph Health Personal Care Service ("Buyer"). Debtor asserted that the First Transfer was a partial payment of a loan from TCP-USHC Investment II LP to the Owner for the "benefit of the Debtor." However, the Debtor has not provided any evidence that it owed TCP Group any monies at the time of the First Transfer and received no consideration for the First Transfer. Subsequently there were two (2) other transfers, for a total of three (3), which totaled $2,752,112.65.<br>Trustee's counsel has completed a claims analysis and based on same filed objections to certain claims (4-15 and 16-21). The Omnibus Motions to Disallow Claims were granted per court orders entered on 3/4/20.<br>Trustee's counsel has ensued in settlement negotiations and same are still pending. The current settlement offer is for $1,845,000. After extensive deliberation and consideration of all factors, the Trustee and Defendants have agreed to settle for $302,130. The motion to approve compromise and order are pending. The CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING SETTLEMENT AND COMPROMISE OF DISPUTES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019 BETWEEN THE ESTATE, THE TCP GROUP, LLC, AND USHC HOLDINGS, INC. was filed on October 8, 2020. Order is pending. The Order granting the motion was entered on 10/30/20. Funds were received. | 0.00 | 2,752,112.65 | | 302,130.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$0.00** | **$2,752,112.65** | | **$302,130.00** | **$0.00** |

**Major activities affecting case closing:**
Trustee's Final Report submitted to the Office of the U.S. Trustee's on March 2, 2021.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

12/31/20 QUARTERLY STATUS:  A settlement resolving the adversary was reached between Defendants and Trustee, wherein Defendants agreed to pay $302,130 to the Estate.  A Motion to Approve Compromise was filed on 10/8/20 and the Order granting same was entered on 10/30/20. The Estate has received the funds and estate tax returns were required, therefore an accountant was employed and tax returns were prepared and submitted to the IRS.  The 60 day tax clearance period expires in January.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

9/30/20 QUARTERLY STATUS: Trustee's counsel filed the adversary complaint entitled, A. Cisneros v. TCP Group LLC, USHC Holdings, Inc. on 7/17/20, and assigned case no. 6:20-ap-01130. The complaint is for 1) avoidance of intentional fraudulent transfer and recovery of same; 2) avoidance of constructive fraudulent transfer and recovery of same; 3) Preservation of avoided transfers; and 4)

**FORM 1**  Exhibit 8
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**  Page: 2

Disallowance of claims.  Defendants and Trustee have ensued in settlement negotiations.
*******************************
TIR 06/30/20:  Trustee's counsel investigations have concluded that the Debtor may have fraudulently transferred $2,752,112.65.  Trustee's counsel made demand on The TCP Group and settlement negotiations are ongoing.  If the parties are unable to reach a settlement prior to the two year statute, the Trustee will file an adversary complaint to preserve the Estate's interest in the transfers.
*******************************
3/31/20 QUARTERLY STATUS:  The hearings scheduled for the Two Omnibus Motions to Disallow Claims were continued to 2/25/20.  After objections and responses were filed, the hearings were held and orders granting the Trustee's motions to disallow claims were entered on 3/4/20.
*******************************
12/31/19 QUARTERLY STATUS:  Two Omnibus Motions to Disallow claims (4-15 and 16-21) were filed on 12/13/19.  Same were set for hearing on 1/14/20.
*******************************
9/30/19 QUARTERLY STATUS:  Trustee's counsel continues to investigate the potential fraudulent transfers (including verifying claims filed in a state court action) for a potential settlement.
*******************************
TIR 06/30/19:  Trustee concluded the § 341(a) meeting of creditors on 4/15/19.  Trustee's counsel has sent out demand letters to TCP Group re: fraudulent transfers and the response period has not passed.
*******************************
3/31/19 QUARTERLY STATUS:   Trustee's Counsel continues to investigate the transfers via review of extensive production.  341(a) continued to April 15, 2019.
*******************************
12/31/18 QUARTERLY STATUS:  Order authorizing employment of Shulman Hodges & Bastian was entered on October 3, 2018.  Counsel is investigating the pre-petition transfers.  341(a) continued to January 15, 2019.
*******************************
9/30/18 QUARTERLY STATUS:  Trustee is investigating pre-petition transfers and has sought to employ general counsel.  The 341(a) meeting of creditors is continued to 10/17/18.

**Initial Projected Date of Final Report (TFR):**  April 15, 2021        **Current Projected Date of Final Report (TFR):**  April 14, 2021 (Actual)

    November 10, 2021        /s/ Arturo M. Cisneros
        Date        Arturo M. Cisneros

Case 6:18-bk-16326-WJ    Doc 133    Filed 12/07/21    Entered 12/07/21 19:41:38    Desc
Page 8 of 9

Form 2

Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 18-16326 WJ | | Trustee: | Arturo M. Cisneros |
| --- | --- | --- | --- | --- |
| Case Name: | Alta Home Care, Inc. | | Bank Name: | Signature Bank |
| | | | Account: | ******1664 - Checking |
| Taxpayer ID#: | **-***8087 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/20 | Asset #1 | TCP Group, LLC | Settlement payment c/o pending | 1241-000 | 302,130.00 | | 302,130.00 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 499.01 | 301,630.99 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 498.19 | 301,132.80 |
| 08/10/21 | 1001 | A. CISNEROS, TRUSTEE | Dividend of 100.000000000%. Trustee compensation | 2100-000 | | 18,356.50 | 282,776.30 |
| 08/10/21 | 1002 | A. CISNEROS, TRUSTEE | Dividend of 100.000000000%. Trustee expenses | 2200-000 | | 30.00 | 282,746.30 |
| 08/10/21 | 1003 | United States Bankruptcy Court | Dividend of 100.000000000%. | 2700-000 | | 350.00 | 282,396.30 |
| 08/10/21 | 1004 | Shulman Bastian Friedman & Bui LLP | Dividend of 100.000000000%. Trustee's counsel final fees per c/o entered 8/4/21 | 3210-000 | | 120,000.00 | 162,396.30 |
| 08/10/21 | 1005 | Shulman Bastian Friedman & Bui LLP | Dividend of 100.000000000%. Trustee's counsel expenses per c/o entered 8/4/21 | 3220-000 | | 5,206.75 | 157,189.55 |
| 08/10/21 | 1006 | Hahn Fife & Company, LLP | Dividend of 100.000000000%. Trustee's accountant final fees per c/o entered 8/4/21 | 3410-000 | | 4,727.00 | 152,462.55 |
| 08/10/21 | 1007 | Hahn Fife & Company, LLP | Dividend of 100.000000000%. Trustee's accountant expenses per c/o entered 8/4/21 | 3420-000 | | 612.10 | 151,850.45 |
| 08/10/21 | 1008 | Franchise Tax Board | Dividend of 100.000000000%, Claim No.00023. | 2820-000 | | 2,708.79 | 149,141.66 |

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 18-16326 WJ | Trustee: | Arturo M. Cisneros |
|---|---|---|---|
| Case Name: | Alta Home Care, Inc. | Bank Name: | Signature Bank |
| | | Account: | ******1664 - Checking |
| Taxpayer ID#: | **-***8087 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/10/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/21 | 1009 | Franchise Tax Board | Dividend of 100.000000000%, Claim No.AMD00003. Per amended claim filed 2/26/21, priority claim was reduced from $26,685.02 to $2,534.90. | 5800-000 | | 2,534.90 | 146,606.76 |
| 08/10/21 | 1010 | California Self-Insurers' Security Fund, c/o Nixon Peabody L | Dividend of 2.288937557%, Claim No.00022. | 7100-000 | | 32,882.46 | 113,724.30 |
| 08/10/21 | 1011 | Liberty Mutual Insurance Company California SelfIn, c/o Aman | Dividend of 2.288937557%, Claim No.AMD00002. Amends No. AMD00002 Original claim amount $17,239,381.00 Claim amended 7/29/19 from $4,968,165.00 | 7100-000 | | 113,718.20 | 6.10 |
| 08/10/21 | 1012 | Franchise Tax Board | Dividend of 2.288937557%, Claim No.AMD00003A. Per amended claim filed 2/26/21, unsecured claim was reduced from $6,185.60 to $266.52. | 7100-000 | | 6.10 | 0.00 |

|  |  | ACCOUNT TOTALS | 302,130.00 | 302,130.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | Subtotal | 302,130.00 | 302,130.00 | |
|  |  | Less: Payment to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$302,130.00** | **$302,130.00** | |

| Net Receipts: | $302,130.00 |
|---|---|
| Net Estate: | $302,130.00 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1664** | 302,130.00 | 302,130.00 | 0.00 |
| | $302,130.00 | $302,130.00 | $0.00 |